UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY HAMILTONHAUSEY, | No. C 13-5214 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JEFFREY BEARD, | |
| Respondent. | |

This action is dismissed without prejudice to petitioner filing a new petition for writ of habeas corpus if he ever obtains permission to do so from the United States Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED AND ADJUDGED.

DATED: December 5, 2013

SUSAN ILLSTON
United States District Judge