UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY HAMILTONHAUSEY,<br><br>    Petitioner,<br><br>  v.<br><br>JEFFREY BEARD,<br><br>    Respondent. | No. C 13-5214 SI (pr)<br><br>**JUDGMENT** |

This action is dismissed without prejudice to petitioner filing a new petition for writ of habeas corpus if he ever obtains permission to do so from the United States Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED AND ADJUDGED.

DATED: December 5, 2013

                                              SUSAN ILLSTON<br>                                   United States District Judge